## UNITED STATES BANKRUPTCY COURT
### NORTHERN  **DISTRICT OF**  ILLINOIS
### EASTERN  **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FAROOQI, MOHAMMAD K | § | Case No. 07-14345 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/13/2011 in Courtroom 644,

United States Courthouse
219 S. Dearborn Street
Chicago, Illinois  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/11/2011_____      By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FAROOQI, MOHAMMAD K | § | Case No. 07-14345 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 11,253.80 |
| and approved disbursements of | $ | 12.81 |
| leaving a balance on hand of[1] | $ | 11,240.99 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 1,875.38 | $ 0.00 | $ 1,875.38 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 7,182.50 | $ 0.00 | $ 7,182.50 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 4.95 | $ 0.00 | $ 4.95 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 12.81 | $ 12.81 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 9,062.83 |
| Remaining Balance | $ | 2,178.16 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,413.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|-------------------------|-------------------------|------------------|
| 000001 | AMERICAN EXPRESS BANK, FSB | $ 6,085.94 | $ 0.00 | $ 761.24 |
| 000002 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | $ 298.52 | $ 0.00 | $ 37.34 |
| 000003 | LVNV FUNDING LLC | $ 4,127.14 | $ 0.00 | $ 516.23 |
| 000004 | LVNV FUNDING LLC | $ 6,902.29 | $ 0.00 | $ 863.35 |

Total to be paid to timely general unsecured creditors      $ 2,178.16

Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 07-14345-PSH
Mohammad K Farooqi                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: csimmons          Page 1 of 2          Date Rcvd: Aug 11, 2011
                             Form ID: pdf006          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2011.
```
db          +Mohammad K Farooqi,    5222 W Foster St,    Skokie, IL 60077-1157
aty         +John O. Noland Jr.,    John O. Noland Jr., Attorney at Law,    79 W Monroe Street,    Suite 823,
             Chicago, IL 60603-4919
aty         +Zane L Zielinski,    Frank/Gecker LLP,    325 N. LaSalle,    Suite 625,    Chicago, IL 60654-6465
11535390    +American Express,    RE acct #0339789201031,    PO Box 297671,    FT Lauderdale FL 33329-7871
11535389     American Express,    RE acct #0339789201031,    PO Box 297671,    FT Lauderdale FL 33329
14798952     American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14798953     American Express Travel Related Services,    Co, Inc Corp Card,    POB 3001,
             Malvern, PA 19355-0701
11535405    +BLITT & GAINES PC,    re case 01ml153015,    661 GLENN AVE,    WHEELING IL 60090-6017
11535395    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    re acct 41274257831,    PO BOX 85520,
             RICHMOND VA 23285)
11535394    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    re acct 486236260004,    PO BOX 85520,
             RICHMOND VA 23285)
11535410    +Capital One,    re acct 4862362600046190,    PO Box 30285,    Salt lake UT 84130-0285
11535391    +Credit One Bank,    re acct 44796111537,    PO BOX 98873,    Las Vegas NV 89193-8873
11535393    +First Premier,    re acct 4869557017118234,    PO Box 5524,    Sioux Falls SD 57117-5524
11535398     HSBC NV BANK FKA HHLB,    re acct 466309000442,    12447sw 69th,    Tigard OR 97223
11535399     HSBC NV BANK FKA HHLB,    re acct 544045501912,    12447sw 69th,    Tigard OR 97223
11535412    +John O. Noland Jr,    Attorney at Law,    79 W. Monroe S 823,    Chicago IL 60603-4919
11535404    +Keith Schindler LTD,    re Case # 06 ml 177312,    1040 S Milwaukee S 110,    Wheeling IL 60090-6375
11535400    +Leasing Services Corp,    re acct 2408062,    3333 Copley Rd,    Copley GA 44321-1655
11535406    +Northland Group,    re acct F13753111,    Po box 390846,    Edina MN 55439-0846
11535401    +Plains Commerce Bank,    re acct 418534010155,    3817 s elmwood av,    Sioux falls SD 57105-6565
11535402    +TARGET NATL BANK,    re acct 98076064,    po box 673,    Minneapolis MN 55440-0673
11535403    +The Home Depot/CBSD,    re acct 603532021384,    541 sID mARTIN rD,    GRAY TN 37615-6210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +E-mail/Text: csmith@fgllp.com Aug 12 2011 00:37:07     Frances Gecker,    325 North LaSalle Street,
              Suite 625,    Chicago, IL 60654-6465
11535409     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 12 2011 00:36:53     Asset Acceptance LLC,
              re acct 2205932,    P.O. Box 2036,    Warren, MI 48090-2036
11535408     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 12 2011 00:36:53     Asset Acceptance LLC,
              RE ACCT 4027723,    P.O. Box 2036,    Warren, MI 48090-2036
11535397      E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2011 01:22:17     Gemb/Sams club,
              re acct 771410037229,    PO Box 103036,    Roswell GA 30076
14799031      E-mail/Text: resurgentbknotifications@resurgent.com Aug 12 2011 00:34:43     LVNV Funding LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                             TOTAL: 5
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*        +Frances Gecker,    325 North LaSalle Street,    Suite 625,    Chicago, IL 60654-6465
11535411    ##+Bancard services,    re acct 5239460002685079,    po box 4145,    Beaverton OR 97076-4145
11535396    ##+Capital One FSB,    re acct 412174241528,    po box 26030,    Richmond VA 23260-6030
11535392    ##+First Premier,    re acct 4869557017118234,    900 W Deleware St,    Sioux Falls SD 57104-0337
11535407    ##+Plains commerce bank,    re acct xxxxxxxx9622,    PO BOX 5511,    SIOUX FALLS SD 57117-5511
                                                                          TOTALS: 0, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: csimmons            Page 2 of 2                Date Rcvd: Aug 11, 2011
                             Form ID: pdf006           Total Noticed: 27

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2011                    Signature: