UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| FAROOQI, MOHAMMAD K | § § | Case No. 07-14345 |
| Debtor(s) | § § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Frances Gecker_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance LLC | | | | | |
| | Bancard Services | | | | | |
| | Blitt & Gaines PC | | | | | |
| | Capital One | | | | | |
| | Capital One | | | | | |
| | Capital One | | | | | |
| | Capital One FSB | | | | | |
| | Cavalry Porflo Agnee Wells Fargo Bank | | | | | |
| | Credit One Bank | | | | | |
| | First Premier | | | | | |
| | First Premier | | | | | |
| | GEMB/SAMS Club | | | | | |
| | HSBC NV Bank FKA HHLB | | | | | |
| | HSBC NV Bank FKA HHLB | | | | | |
| | Leasing Services Corp. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northland Group | | | | | |
| | Plains Commerce Bank | | | | | |
| | Plains Commerce Bank | | | | | |
| | Target National Bank | | | | | |
| | The Home Depot/CBSD | | | | | |
| 000001 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000002 | AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |
| 000003 | LVNV FUNDING LLC | | | | | |
| 000004 | LVNV FUNDING LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 07-14345 PSH Judge: Pamela S. Hollis | Trustee Name: | Frances Gecker |
| Case Name: | FAROOQI, MOHAMMAD K | Date Filed (f) or Converted (c): | 08/09/07 (f) |
| | | 341(a) Meeting Date: | 09/10/07 |
| For Period Ending: | 09/29/11 | Claims Bar Date: | 02/09/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH  Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS  Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA |
| 3. BOOKS/COLLECTIBLES  Debtor Claimed Exemption | 10.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL  Debtor Claimed Exemption | 50.00 | 0.00 | | 0.00 | FA |
| 5. FURS AND JEWELRY  Debtor Claimed Exemption | 5.00 | 0.00 | | 0.00 | FA |
| 6. FRAUDULENT TRANSFER (u) | 52,000.00 | 12,500.00 | | 11,250.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.90 | Unknown |

TOTALS (Excluding Unknown Values)  $52,415.00  $12,500.00  $11,253.90

Gross Value of Remaining Assets  $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Ver: 16.02b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 07-14345    PSH    Judge: Pamela S. Hollis | Trustee Name:    Frances Gecker |
| Case Name: | FAROOQI, MOHAMMAD K | Date Filed (f) or Converted (c):    08/09/07 (f) |
| | | 341(a) Meeting Date:    09/10/07 |
| | | Claims Bar Date:    02/09/10 |

Initial Projected Date of Final Report (TFR): 04/15/15     Current Projected Date of Final Report (TFR): 07/14/11

/s/   Frances Gecker
_____   Date: 09/29/11
    FRANCES GECKER

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 16.02b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 07-14345 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | FAROOQI, MOHAMMAD K | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5560 MONEY MARKET |
| Taxpayer ID No: | *******0647 | | | |
| For Period Ending: | 09/29/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/16/10 | 6 | Rebeca Contreras | Adversary Settlement | 1241-000 | 11,250.00 | | 11,250.00 |
| 02/26/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.08 | | 11,250.08 |
| 03/31/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.30 | | 11,250.38 |
| 04/30/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,250.66 |
| 05/28/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,250.94 |
| 06/30/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,251.23 |
| 07/30/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,251.51 |
| 08/31/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.30 | | 11,251.81 |
| 09/30/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,252.09 |
| 10/29/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,252.37 |
| 11/30/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,252.66 |
| 12/31/10 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,252.95 |
| 01/31/11 | 7 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,253.24 |

Page Subtotals 11,253.24 0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2 Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD Exhibit 9

| Case No: | 07-14345 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | FAROOQI, MOHAMMAD K | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5560 MONEY MARKET |
| Taxpayer ID No: | *******0647 | | | |
| For Period Ending: | 09/29/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/08/11 | 001000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | BLANKET BOND | 2300-000 | | 12.81 | 11,240.43 |
| 02/28/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,240.52 |
| 03/31/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,240.62 |
| 04/29/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,240.71 |
| 05/31/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,240.81 |
| 06/30/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,240.90 |
| 07/29/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 11,240.99 |
| 08/31/11 | 7 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,241.09 |
| 09/01/11 | | Transfer to Acct #*******5689 | Final Posting Transfer | 9999-000 | | 11,241.09 | 0.00 |

Page Subtotals 0.66 11,253.90

Ver: 16.02b
LFORM24
UST Form 101-7-TDR (10/1/2010) (Page: 10)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-14345 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | FAROOQI, MOHAMMAD K | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5560 MONEY MARKET |
| Taxpayer ID No: | *******0647 | | | |
| For Period Ending: | 09/29/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 11,253.90 | 11,253.90 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 11,241.09 | |
| | | | Subtotal | | 11,253.90 | 12.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 11,253.90 | 12.81 | |

Page Subtotals    0.00    0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-14345 -PSH | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | FAROOQI, MOHAMMAD K | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5689  GENERAL CHECKING |
| Taxpayer ID No: | *******0647 | | |
| For Period Ending: | 09/29/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/01/11 | | Transfer from Acct #*******5560 | Transfer In From MMA Account | 9999-000 | 11,241.09 | | 11,241.09 |
| 09/14/11 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,875.38 | 9,365.71 |
| 09/14/11 | 001001 | FRANK/GECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Attorney for Trustee Fees (Trustee<br><br>Fees           7,182.50<br>Expenses            4.95 | <br><br><br>3110-000<br>3120-000 | | 7,187.45 | 2,178.26 |
| 09/14/11 | 001002 | AMERICAN EXPRESS BANK, FSB<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000001, Payment 12.51% | 7100-000 | | 761.28 | 1,416.98 |
| 09/14/11 | 001003 | AMERICAN EXPRESS TRAVEL RELATED<br>SERVICES<br>CO, INC CORP CARD<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000002, Payment 12.51% | 7100-000 | | 37.34 | 1,379.64 |
| 09/14/11 | 001004 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587 | Claim 000003, Payment 12.51% | 7100-000 | | 516.25 | 863.39 |

Page Subtotals          11,241.09          10,377.70

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-14345 -PSH | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | FAROOQI, MOHAMMAD K | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******5689 GENERAL CHECKING |
| Taxpayer ID No: | *******0647 | | |
| For Period Ending: | 09/29/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | GREENVILLE, SC 29603-0587 | | | | | |
| 09/14/11 | 001005 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Claim 000004, Payment 12.51% | 7100-000 | | 863.39 | 0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | 11,241.09 | 11,241.09 | 0.00 |
| Less: Bank Transfers/CD's | 11,241.09 | 0.00 | |
| Subtotal | 0.00 | 11,241.09 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 11,241.09 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| MONEY MARKET - ********5560 | 11,253.90 | 12.81 | 0.00 |
| GENERAL CHECKING - ********5689 | 0.00 | 11,241.09 | 0.00 |
| | 11,253.90 | 11,253.90 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Frances Gecker, Trustee

Trustee's Signature: __/s/ Frances Gecker_____ Date: _____
FRANCES GECKER

Page Subtotals     0.00     863.39

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*